IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv265-MHT |
| | ) | (WO) |
| HOUSING AND URBAN | ) | |
| DEVELOPMENT, Fair Housing | ) | |
| and Equal Opportunity in | ) | |
| Atlanta, Georgia, Region | ) | |
| IV Office, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 9) is granted and that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that the hearing set for April 29, 2008, is canceled.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of April, 2008.

                                /s/ Myron H. Thompson    
                            UNITED STATES DISTRICT JUDGE